UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Noah Cantu,<br><br>               Plaintiff,<br>v.<br><br>Commercial Recovery Systems, Inc.,<br><br>               Defendant. | Civil Action No.:  1:12-cv-00730 |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: October 8, 2012

                                        Respectfully submitted,

                                        By:   /s/ Sergei Lemberg

                                        Sergei Lemberg, *Attorney-in-Charge*
                                        Connecticut Bar No. 425027
                                        LEMBERG & ASSOCIATES L.L.C.
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile:  (203) 653-3424
                                        E-mail: slemberg@lemberglaw.com
                                        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 8, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By __/s/ Sergei Lemberg_____
                                                           Sergei Lemberg