IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NOAH CANTU, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-12-CA-0730-LY |
| | § | |
| COMERCIAL RECOVERY | § | |
| SYSTEMS, Inc., | § | |
|     DEFENDANT. | § | |

**FINAL JUDGMENT**

Before the court in the above styled and numbered cause is Plaintiff Noah Cantu's Notice of Withdrawal of Complaint And Voluntary Dismissal Of Action Pursuant to Rule 41(a) filed April 15, 2013 (Clerk's Document No. 11). The notice informs the court that Cantu withdraws the complaint and voluntarily dismisses the action with prejudice. As nothing remains for resolution, the court renders the following final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims alleged by Plaintiff Noah Cantu against Defendant Commercial Recovery Systems, Inc., in this action are **DISMISSED WITH PREJUDICE**.

**IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this _____ day of April, 2013.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE